FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RICK JAMES BELTZ, | ) | No. ED CV 07-01394-GPS (VBK) |
| Petitioner, | ) | ORDER FOR SUMMARY DISMISSAL |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | |
| Respondent. | ) | |

On October 24, 2007, Rick James Beltz (hereinafter "Petitioner") initiated this action, pro se, by filing a "Petition for Writ of Habeas Corpus by a Person in State Custody," pursuant to 28 U.S.C. §2254.

On December 12, 2007, Petitioner filed a document with the Court wherein Petitioner notified this Court that he wished to withdraw his Petition to return to state court to exhaust additional issues.

//
//
//
//

1  Pursuant to Fed.R.Civ.P. 41(a)(2), Petitioner's habeas petition
2  is hereby dismissed without prejudice.¹
3  **IT IS THEREFORE ORDERED** that this Petition is hereby dismissed
4  without prejudice.

6  DATED: 1/14/08

   _____
   GEORGE P. SCHIAVELLI
   UNITED STATES DISTRICT JUDGE

10 Presented this 18th day of
   December, 2007 by:

   _____
   VICTOR B. KENTON
   UNITED STATES MAGISTRATE JUDGE

---

¹ The Court hereby advises Petitioner to be mindful of the one-year statute of limitations set forth in 28 U.S.C. §2244(d)(1). See, Duncan v. Walker, 533 U.S. 167 (2001)(pendency of federal petition does not toll the statute of limitations).